UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PODRESS P. NILES,<br><br>          Plaintiff,<br><br>          v.<br><br>PEOPLE'S<br><br>          Defendant. | )<br>)<br>)<br>)   Civil Action No.<br>)   17-10079-ADB<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

BURROUGHS, D.J.

On January 18, 2017, the Court denied the plaintiff's Application to Proceed Without Prepayment of Fees without prejudice to his filing a revised Application that complies with 28 U.S.C. §1915(a).  ECF No. 5.  Also, the Court ordered the plaintiff to file an amended complaint, compliant with the pleading requirements of the Federal Rule of Civil Procedure 8, among others, providing a short and plain statement of each claim showing his entitlement to relief.  ECF No. 5.  He was warned that failure to comply with the Order would likely result in dismissal of this action.

The time for responding to the Court's January 18, 2017 Order expired on February 8, 2017.  Having received no response to that Order, the above entitled action is hereby **DISMISSED** without prejudice.  The Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

                                                            /s/ Allison D. Burroughs
                                                            Allison D. Burroughs
                                                            United States District Judge

Dated:  February 27, 2017